## No. 2 Indiana Mutual Building and Loan Association *v.* Condon et al.

[No. 18,423.   Filed February 22, 1899.]

From the Fulton Circuit Court.   *Reversed.*

*McBride & Denny* and *Essick & Metzler*, for appellant.

*Holman & Stephenson*, for appellees.

Monks, J.— The questions in this case are the same as those decided in *Indiana Mut., etc., Assn.* v. *Plank, ante,* 197, and upon the authority of that case this case is reversed, with instructions to overrule the demurrer to the complaint.